Bar. (From the State of Tennessee.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent, and A. NEWBURGER ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent, and A. NEWBURGER ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BALTIMORE TRUST COMPANY, Respondent, v. AMELIA SAVARESE and SALVATORE SAVARESE, Appellants, and ALERMO DE ANGELO and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE S. C. BECKWITH SPECIAL AGENCY, Appellant, v. ROSSLYN M. COX and BERTHA HELTERLINE, Respondents.— Motion for affirmance of order dismissing complaint herein, without costs, upon authority of Beckwith Special Agency v. Cox (223 App. Div. 781), granted, without costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BETTINELLI TILE WORKS, INC., Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BROWNSVILLE SOUTH REALTY COMPANY, Respondent, v. BAYWAY BUILDING CORPORATION, Defendant, LORRAINE WOODWORKING. Co., INC., Respondent, and BROWNSVILLE LUMBER Co., INC., Appellant.— Motion to stay proceedings pending appeal denied. The money should be deposited with the city chamberlain to await the determination of the appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BURKE STONE, INC., Respondent, v. JOSEPH J. CREAMER, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WILLIAM G. CARRUTH, Individually and on Behalf of the Other Stockholders of EMPIRE STATE FINANCE Co., INC., a Domestic Corporation, Similarly Situated, Appellant, v. EMPIRE STATE FINANCE Co., INC., and WILLIAM H. KELLEHER, JR., Respondents.— Motion to modify injunction order granted to the extent of requiring plaintiff to furnish a bond, with corporate surety, in the sum of $1,000. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

DANN REALTY CORPORATION, Appellant, v. ROSE SORITZKY, Respondent, and SERVICE BOND AND MORTGAGE CORPORATION and JOHN L. DANZILO, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal

for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

DORBET REALTY CO., INC., Respondent, v. WILKINS AVENUE MARKET, INC., and Others, Appellants, and HARRY SARETSKY and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

EDWARD J. FARRELL, Respondent, v. MASSAPEQUA HOLDING CORPORATION, Appellant, and JAMES E. McGOLRICK, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SARAH FRIEDLANDER, as Administratrix of the Goods and Chattels, Rights and Credits Which Were of BENJAMIN FRIEDLANDER, Deceased, Appellant, v. BESSIE MEISLICH, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ANNA C. FUHRMANN, Respondent, v. ARTHUR E. FANROTH, Appellant. PETER J. FUHRMANN, Defendant.— Motion to stay enforcement of judgment granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES T. GORTON, Respondent, v. JOS. M. LABRA, INC., JOSEPH M. LABRA and SOFIA LABRA, Appellants, JOSEPH STAUBACH, JR., JOSEPH M. BOCANEGRA, ANDERSON BRICK & SUPPLY CO., INC., AJAX TRIM CORPORATION, and LAWRENCE BROS., INC., Respondents.— Motion to dismiss appeal granted, with costs. Present — Lazansky, P. J., Young, Hagerty, Seeger and Carswell, JJ.

MICHAEL GOTTLIEB and Others, Respondents, v. JOHN C. ABBUEHL and Others, Defendants. ISIDOR BRENNER and DAVID SCHNEIDER, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant. WILLIAM WEISGERBER and LEWIS WEISGERBER, Defendants.— Motion to compel plaintiff to submit copies of exhibits for defendant Raman's case on appeal and for enlargement of time granted, with ten dollars costs. Time to perfect appeal enlarged so that the case may be brought on for argument at the January, 1929, term. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JULIETTE HARRIS, Respondent, v. HERMAN RAMAN, Appellant. WILLIAM WEISGERBER and LEWIS WEISGERBER, Defendants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MAX HORBEL, Appellant, v. STEVE ZEDLOVICH, Respondent. " MARY " ZEDLOVICH, etc., and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the BAR ASSOCIATION OF NASSAU COUNTY to Discipline an Attorney (ABRAHAM G. TONKONOGY).— Matter referred to an